

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00032-CR

**ANDREW BRYAN ANTHONY,**

                                   **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                   **Appellee**

 

**From the County Court
Navarro County, Texas
Trial Court No. 71225**

## MEMORANDUM OPINION

By this appeal, Andrew Anthony attempts to appeal the denial of his motion to suppress. From the record before us, a final judgment has not been announced or signed in the trial court, and the matter remains pending there.

A ruling denying a motion to suppress evidence constitutes an interlocutory order. *Lackey v. State*, 364 S.W.3d 837, 845 (Tex. Crim. App. 2012). We do not have jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted by law. *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991). *See also Abbott v. State*, 271

S.W.3d 694, 696-97 (Tex. Crim. App. 2008) ("The standard for determining jurisdiction is not whether the appeal is precluded by law, but whether the appeal is authorized by law."). There is no statutory authorization to appeal the denial of a motion to suppress. *McKown v. State*, 915 S.W.2d 160 (Tex. App.—Fort Worth 1996, no pet.).

Accordingly, this appeal is dismissed for want of jurisdiction.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed September 21, 2016
Do not publish
[CR25]

